UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60069-CR-ZLOCH

UNITED STATES OF AMERICA

vs.

DAVID HERNANDEZ,

      Defendant.
                                  /

**PRELIMINARY ORDER OF FORFEITURE**

      THIS CAUSE is before the Court upon motion of the United States for entry of a preliminary order of forfeiture. Being fully advised in the premises and based on the motion of the United States and the record in this matter and for good cause shown thereby, the Court finds as follows with respect to forfeiture in this action as to defendant David Hernandez, (hereinafter referred to as "defendant"):

      1.     On March 27, 2008, a federal grand jury returned a three count Indictment, specifically charging David Hernandez (hereinafter referred to as "defendant"), in Count One, relevant herein, with possession with intent to distribute a controlled substance, to wit, five hundred (500) grams or more of cocaine, in a violation of Title 21, United States Code, Section 841(a)(1).

      2.     The Indictment also included general forfeiture allegations seeking the forfeiture pursuant to Title 21, United States Code, Section 853, of all property derived from proceeds obtained directly or indirectly by defendant as the result of violations of Title 21, United States Code, Sections 841(a)(1), including approximately $12,260.00 in U.S. currency recovered on March 13, 2008, from the residence located at 14001 S.W. 48th Court, Miramar, Florida.

      3.     On June 17, 2008, defendant pled guilty to Count One of the Indictment, signed a plea

agreement and stipulated facts [DE 58] acknowledging his illegal narcotics smuggling activity and voluntarily forfeited the property alleged in the indictment, which included the recovery by Drug Enforcement Agents of approximately $12,260.00 in U.S. currency seized next to several kilograms of cocaine inside the residence located at 14001 S.W. 48th Court, Miramar, Florida, shortly after the defendant vacated the property.

Therefore, in consideration of defendant's guilty plea to the indictment and the stipulated facts including currency forfeiture, upon motion of the United States and for good cause shown thereby, it is hereby

**ORDERED and ADJUDGED** that:

1. The following property seized from defendant is forfeited to the United States pursuant to Title 21, United States Code, Section 853 and Rule 32.2(b)(2):

> Approximately $12,260.00 in U.S. currency recovered on March 13, 2008, from the residence located at 14001 S.W. 48th Court, Miramar, Florida.

2. The United States Drug Enforcement Administration or any duly authorized law enforcement official, shall seize and take custody of the property identified herein above as forfeited under this order pursuant to Title 21, United States Code, Section 853.

3. The United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order as required by Title 21, United States Code, Section 853(n)(1). The notice shall state that any person, other than the defendant, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; and

that the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

  4. The United States may provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice.

  5. The United States is further authorized, pursuant to Title 21, United States Code, Section 853(m) and Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure, to conduct any discovery necessary, including depositions, to identify, locate or dispose of the property ordered forfeited herein or in order to expedite ancillary proceedings related to any third party petition claims filed with respect to the forfeited property. It is further

  **ORDERED** that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n) in which all interests will be addressed. If no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, then pursuant to Title 21, United States Code, Section 853(n)(7), the United States Drug Enforcement Administration, or any duly authorized law enforcement official, shall dispose of the property forfeited hereunder according to law.

  **DONE AND ORDERED** at Fort Lauderdale, Broward County, Florida this   17th   day of July, 2008.

                _____
                HONORABLE WILLIAM J. ZLOCH
                United States District Judge

cc: AUSA Roger W. Powell (2 copy)